775 F.2d 998
 The PEOPLE OF the STATE OF CALIFORNIA ex rel, John VAN DE
KAMP, Attorney General of the State of California,
Plaintiff-Appellee,
v.
The TAHOE REGIONAL PLANNING AGENCY, a separate legal entity
created by Bi-State Compact, Defendant-Appellant,
Tahoe Shorezone Representation, a Nevada corporation,
Intervenor-Appellant.
 No. 84-2450.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted May 15, 1985.
Decided July 22, 1985.
As Amended Oct. 31, 1985.
 
 1
 John K. Van de Kamp, Atty. Gen., N. Gregory Taylor, Asst. Atty. Gen., Richard M. Skinner, Deputy Atty. Gen., Sacramento, Cal., E. Clement Shute, Shute, Mihaly & Weinberger, San Francisco, Cal., for plaintiff-appellee.
 
 
 2
 William T. Chidlaw, Law Offices of William T. Chidlaw, Sacramento, Cal., for intervenor-appellant.
 
 
 3
 Prior Report: 766 F.2d 1319 (9th Cir.1985).
 
 
 4
 Before ANDERSON AND CANBY, Circuit Judges and NIELSEN,* District Judge.
 
 ORDER
 
 5
 The panel orders the following amendment to its opinion in this case, filed July 22, 1985:
 
 
 6
 Replace the language at page 9, lines 16-18, which states:
 
 
 7
 The proposed TRPA Regional Plan will require the installation of best management practices on all shorezone property.
 
 
 8
 with the following:
 
 
 9
 TRPA's goals include ultimately putting best management practices in place for all land in the Lake Tahoe region.
 
 
 10
 The petition for rehearing is denied.
 
 
 
 *
 The Honorable Leland C. Nielsen, United States District Judge for the Southern District of California, sitting by designation